# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**LAURIE BORDOCK**                                         **PLAINTIFF**

v.                    **No. 4:18-cv-917-DPM**

**WAL-MART CORPORATION**                           **DEFENDANT**

## JUDGMENT

The complaint is dismissed without prejudice and with leave to move to reopen and propose an amended complaint by 31 January 2019.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

<u>2 January 2019</u>