# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**LAURIE BORDOCK**                                                                 **PLAINTIFF**

v.                                           No. 4:18-cv-917-DPM

**WAL-MART CORPORATION**                                                **DEFENDANT**

## ORDER

Bordock's case was dismissed on 2 January 2019, № 4, and she timely moved to reopen it. Her motion, № 6, and related papers, № 5 and № 7, however, don't clarify her claims. She hasn't pleaded any facts to show that Wal-Mart violated her civil rights. Motion to reopen is denied.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 January 2019